IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| NCMIC Insurance Company,  )<br>          )<br>     Plaintiff,    )<br>          )<br>vs.         )<br>          )<br>Stephan M. DeHaven, D.C.,   )<br>Individually, and d/b/a DeHaven  )<br>Chiropractic Clinic, Renell Kvaal, and )<br>Steven Kvaal,      ) | Civil No. 05 CV 2354 PAM/JJG<br><br>**ORDER OF DISMISSAL** |

On January 23, 2006, the parties filed a Stipulation for Dismissal With Prejudice. The Court ADOPTS the parties' Stipulation and **ORDERS** that the above-entitled action be **DISMISSED**, with prejudice, on the merits and without costs or disbursements to any party. Let Judgment be entered accordingly.

Dated this __26__ day of January, 2006.

BY THE COURT:

 s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States Senior Judge